

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00255-CR

STEVEN M. HILL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Criminal Court No. 1
Tarrant County, Texas
Trial Court No. 1890363, Honorable David Cook, Presiding

July 7, 2026

## ORDER OF ABATEMENT AND REMAND

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Steven M. Hill, appeals his conviction for criminal trespass[1] and sentence to 150 days of confinement in Tarrant County Jail, suspended in favor of community supervision.[2] Pending before the Court is retained counsel's motion to

---

[1] *See* TEX. PENAL CODE § 30.05(d)(3)(A).

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

withdraw, in which counsel asserts that Appellant has failed to cooperate with counsel concerning the prosecution of this appeal.

We abate the appeal and remand the cause to the trial court to rule on counsel's motion to withdraw. Upon remand, the trial court shall determine (1) whether Appellant still desires to prosecute the appeal; (2) whether to grant Appellant's counsel's motion to withdraw; and (3) if the motion to withdraw is granted, whether Appellant is indigent and entitled to appointment of new counsel. *See* TEX. CODE CRIM PROC. ANN. arts. 1.051(d), 26.04(j)(2) (authorizing the trial court to appoint counsel to represent indigent defendants in criminal proceedings).

If the trial court grants the motion to withdraw and appoints Appellant new counsel; the name, address, email address, phone number, and State Bar number of any newly-appointed counsel shall be included in the court's findings. The trial court may also enter such orders necessary to address the aforementioned questions. The trial court's findings and any orders issued shall be included in a clerk's record to be filed with this Court by August 6, 2026

It is so ordered.

Per Curiam

Do not publish.